# EXHIBIT B





# Drawn to MLB

The official Tumblr of Major League Baseball.

**POSTS**   **LIKES**   **ALL-STAR CAMPAIGN MANAGER CONTEST**   **ARCHIVE**

brewers





8/10/2019  Drawn To MLB — brewers: In preparation 90's Night at...

Case 1:19-cv-07489-AT Document 1-2 Filed 08/10/19 Page 6 of 7

**brewers**

In preparation for '90s Night at Miller Park, Brewers pitchers Will Smith & "DJ Jazzy Jeffress" have recreated some iconic photos of famous hip hop duo Will Smith and DJ Jazzy Jeff that was popular in the late '80s and the '90s…. and they are EPIC.  MORE: http://atmlb.com/29LoqtG

Source: brewers

67 notes  

See mlb's whole Tumblr